UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| Plaintiff, | : | |
| v. | : | Case No.  1:10-cv-694 |
| **CONTENTS OF WOODFOREST NATIONAL BANK ACCOUNT No.XXX0017, et al.** | : | Judge Susan J. Dlott |
| | : | |
| Defendants. | : | |

**MOTION TO DISSOLVE STAY**

Now come all the Claimants and Defendants and move this Court to dissolve the Stay Order of October 20, 2010 and release all property and funds.

Respectfully submitted,

_____/s/  Steven E. Hillman_____
Steven E. Hillman (0002578)
Attorney for Claimants and Defendants
425 Metro Place North, Suite 460
Dublin, Ohio 43017
Tel. (614) 766-6346
Fax. (614)-766-6418
stevenehillman@sbcglobal.net

**MEMORANDUM**

The expressed basis for the Plaintiff asking for the Stay Order was centered around discovery and the time required by the Plaintiff's agents and employees that would be diverted from pursuing other endeavors to providing discovery.  There is no need for a Stay Order in that the Defendants and Claimants want their day in court forthwith.  The Government has usurped property without compensation and is holding

that property hostage while denying honest businesses and persons the use of their property.

If the Plaintiff truly has evidence that it proclaims in its Complaint, then they should present it immediately.  The Plaintiff "anticipated discovery" which did not happen.  The Plaintiff submitted to this Court a statement which this Court placed under seal and did not conduct a hearing to evaluate the claims of the Plaintiff before issuing a Stay Order.  How can the parties possibly have due process when everything is maintained in the proverbial Dreyfus Black Box?  It is a basic right that evidence must be presented and not kept secret from the ones against whom that evidence is used.  The unknown allegations of the Plaintiff must be presumed to be non-existent unless exposed to the light of day and the cross examination test of believability.  A hidden piece of paper as exists in this case can never be used to deny or delay the property rights

The delay created by the Plaintiff is improper and is violates the Claimants and Defendants Constitutional Rights pursuant to the 4th, 5th and 14th Amendments.  The property that is the subject of this action was seized on April 22, 2010 and all of the defendants were not listed as property to be seized.  One must assume that an investigation was commenced sometime prior to that date.  It is a denial of due process to delay the return of this property any longer.  The stay should be lifted and in the alternative the Court should set a hearing wherein the Plaintiff may be given the opportunity to explain why it should retain this property and a stay should continue to exist.

It is clear that to delay is prejudicial and violates one of the very inalienable rights afforded to every one subject to the law in that it denies justice and removes the protections afford by the Constitution and relinquishes individual property to the "crown" without an opportunity to require the Plaintiff to prove its right to the property.

                                                    Respectfully submitted,

                                                    /s/ Steven E. Hillman
                                                    Steven E. Hillman (0002578)
                                                    Attorney for Claimants and
                                                    Defendants
                                                    425 Metro Place North, Suite 460
                                                    Dublin, Ohio 43017
                                                    Tel. (614) 766-6346
                                                    Fax. (614)-766-6418
                                                    stevenehillman@sbcglobal.net

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of December, 2010, a copy of the Motion To Dissolve Stay was filed electronically. Notice of this filing well be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Assistant United States Attorney
Donetta D. Wiethe
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
513-684-3711

                                                    /Steven E. Hillman
                                                    Steven E. Hillman (0002578)
                                                    Attorney for Defendants