**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

United States of America,

    Plaintiff,

                                             Case No. 1:10cv694

        v.                                    Judge Michael R. Barrett

Checking Account xxx0017 located
at Woodforest National Bank, *et al.*,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Plaintiff's Motion to Dismiss (Doc. 59) is **GRANTED.**

Date: June 23, 2016                          Richard W. Nagel, Clerk
                                                    Clerk

                                  By:         *S/Barbara A. Crum*
                                                    Deputy Clerk